IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARIO CURBELO,

    Petitioner,

v.                             CASE NO. 5:13-cv-247-RS-GRJ

DEPARTMENT OF HOMELAND
SECURITY,

    Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 3). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The case is **DISMISSED for lack of jurisdiction.**

3. The clerk is directed to close the file.

**ORDERED** on August 15, 2013.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**